UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF MICHIGAN REGIONAL COUNCIL
OF CARPENTERS' EMPLOYEE BENEFITS
FUND; TRUSTEES OF MICHIGAN REGIONAL
COUNCIL OF CARPENTERS' ANNUITY FUND;
TRUSTEES OF CARPENTERS' PENSION
TRUST FUND–DETROIT AND VICINITY; AND
TRUSTEES OF THE CARPENTERS' VACATION
FUND–DETROIT AND VICINITY, THE MICHIGAN
REGIONAL COUNCIL OF CARPENTERS,
UNITED BROTHERHOOD OF CARPENTERS
AND JOINERS OF AMERICA,

       Plaintiffs,

v.                                                      Case No. 06-10806-DT

RLA REALTY INVESTMENTS, L.LC., a Michigan
Limited Liability Company, with the assumed name
of RLA CONSTRUCTION, and ROBERT L.
ADAMS, an individual, jointly and severally,

       Defendants.
                                            /

## DEFAULT JUDGMENT

       The matter is before the court on Plaintiffs' Motion for the Entry of a Default Judgment.  The court, being fully advised in the premises, finds that:

       1.     Defendants were served with a copy of the Summons and Complaint on March 15, 2006.

       2.     Defendants have not filed an answer, or taken any such action as may be permitted by law within twenty (20) days of service.

3. Defendants are not infants, or incompetent persons, or engaged in the military service. Accordingly,

IT IS ORDERED that judgment is awarded for Plaintiffs and against Defendants, RLA Realty Investments, L.L.C., a Michigan Limited Liability Company, with the assumed name of RLA Construction ("RLA"), and Robert L. Adams ("Adams"), an individual, jointly and severally, in the amounts revealed by the respective audits, as detailed in Plaintiff's supporting briefs and on the record during the May 31, 2006 hearing for the total amount of $10,502.51, excluding possible attorney fees.

IT IS ALSO ORDERED that the Court shall retain jurisdiction of this matter pending satisfaction of this judgment.

                               S/Robert H. Cleland
                               ROBERT H. CLELAND
                               UNITED STATES DISTRICT JUDGE

Dated: May 31, 2006

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 31, 2006, by electronic and/or ordinary mail.

                               S/Lisa Wagner
                               Case Manager and Deputy Clerk
                               (313) 234-5522